Same case below, 423 Fed. Appx. 960.

**No. 11-665. Richard Hirschfield, Petitioner v. California, et al.**

565 U.S. 1158, 132 S. Ct. 1116, 181 L. Ed. 2d 981, 2012 U.S. LEXIS 808.

January 17, 2012. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 11-669. Mary Kate Breeden, Petitioner v. Novartis Pharmaceuticals Corporation.**

565 U.S. 1158, 132 S. Ct. 1116, 181 L. Ed. 2d 981, 2012 U.S. LEXIS 853.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 396 U.S. App. D.C. 170, 646 F.3d 43.

**No. 11-707. William E. Ruhaak, Petitioner v. Commissioner of Internal Revenue.**

565 U.S. 1158, 132 S. Ct. 1117, 181 L. Ed. 2d 981, 2012 U.S. LEXIS 884.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 422 Fed. Appx. 530.

**No. 11-710. Deborah A. Barczyk, Petitioner v. United States.**

565 U.S. 1158, 132 S. Ct. 1118, 181 L. Ed. 2d 981, 2012 U.S. LEXIS 819.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 434 Fed. Appx. 488.

**No. 11-712. EchoStar Satellite L.L.C., nka Dish Network, L.L.C., et al., Petitioners v. NDS Group PLS, nka NDS Group Limited, et al.**

565 U.S. 1158, 132 S. Ct. 1118, 181 L. Ed. 2d 981, 2012 U.S. LEXIS 751.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 390 Fed. Appx. 764.

**No. 11-727. Louis F. Dietz, Petitioner v. United States.**

565 U.S. 1159, 132 S. Ct. 1119, 181 L. Ed. 2d 981, 2012 U.S. LEXIS 845.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 70 M.J. 347.

**No. 11-764. Thomas D. King, Petitioner v. United States.**

565 U.S. 1159, 132 S. Ct. 1128, 181 L. Ed. 2d 981, 2012 U.S. LEXIS 872.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 364 Fed. Appx. 568.